**FILED**

June 25, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

GEORGE ANDREW BENAVIDES,      §
                              §
    **Plaintiff,**           §
                              §
**v.**                        §      **NO. SA-26-CV-01033-OLG**
                              §
AMAZON.COM, INC. and DAVIS    §
WRIGHT TREMAINE LLP,          §
                              §
    **Defendants.**         §

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation, filed June 16, 2026, (*see* R&R, Dkt. No. 11) concerning the status of this case, in which Plaintiff's pro-se application to proceed in forma pauperis has been denied (*see* Dkt. Nos. 7–8).

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff was electronically served with a copy of the R&R on June 17, 2026, and subsequently moved to pay the filing fee and proceed with this case on June 22, 2026 (*see* Dkt. Nos. 12–14). Accordingly, because Plaintiff has not objected to the Magistrate Judge's findings or recommendation, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 11) and, for the reasons set forth therein, it is **ORDERED** that Plaintiff pay the $405 filing fee on or before **Friday,**

**July 24, 2026**.[1] <u>Plaintiff is advised that failure to pay the filing fee may result in the dismissal of this case for failure to comply with the filing-fee requirement and a court order.</u> *See* 28 U.S.C. § 1914; Fed. R. Civ. P. 41(b).

It is further **ORDERED** that all pending motions are **DISMISSED AS MOOT**.

**SIGNED** on June 25, 2026.

 

 

ORLANDO L. GARCIA
United States District Judge

---

[1]*See* FAQs For Pro Se Filers, available at: https://www.txwd.uscourts.gov/filing-without-an-attorney/faqs-for-pro-se-filers/ ("If you are paying by check or money order, it should be made payable to 'Clerk, United States District Court.' The court does not accept credit cards.").